# Exhibit B

# New Hampshire Commission for Human Rights



**COMMISSIONERS**
CHRISTIAN KIM, CHAIR
DOUGLAS PALARDY
NANCY LEROY
BASRA MOHAMED
ELIZABETH ASCH
ADRIENNE EVANS
MELISSA MORIARTY

2 INDUSTRIAL PARK DRIVE, BLDG.1
CONCORD, NEW HAMPSHIRE 03301
TEL (603) 271-2767
TDD Access: Relay NH 1-800-735-2964
FAX (603) 271-6339
E-MAIL: humanrights@hrc.nh.gov
www.nh.gov/hrc

**EXECUTIVE DIRECTOR**
AHNI MALACHI

**ASSISTANT DIRECTOR**
SARAH E. BURKE COHEN, ESQ.

**INVESTIGATORS**
KATRINA E. TAYLOR
NICOLE LEMELIN
DANIEL DEYERMOND
KELLY MEDEROS, ESQ.
JOYCE J. SAMUEL, ESQ.

**INTAKE COORDINATOR**
ERICA ROSIGNOL

**PARALEGAL**
KEITH MCCREA

**SECRETARY**
LARA PHILLIPS-RAMOVIC

May 17, 2023

Tara E. Lynch, Esq.
Gordon, Rees, Scully, Mansukhani, LLP
21 Custom House Street, 5th Floor
Boston, MA 02110

RE: Stephanie Ethier v. Peterborough Retirement Community at Upland Farms d/b/a Rivermead
EA(R) 0077-22; 16D-2022-00092

Dear Lynch,

Enclosed please find Stephanie Ethier's Amended Charge of Discrimination. This amendment cures a technical defect in the original charge. It now properly names the Respondent as suggested in its May 13, 2022 response.

Please contact me should you have questions. Thank you.

Best Regards,

Kelly Mederos
Investigator

*Enclosure*

cc: Stephanie Ethier

EEOC Form 5 (11/09)

| AMENDMENT CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[X] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>EA(R) 0077-22<br>16D-2022-00092 |
|---|---|---|

New Hampshire Commission for Human Rights                    and EEOC
*State or local Agency, if any*

RECEIVED MAY 05 2023 NH Commission for Human Rights

| Name (indicate Mr., Ms., Mrs.)<br>**Stephanie Ethier** | Home Phone (Incl. Area Code)<br>603-486-9904 | Date of Birth<br>03/28/1961 |
|---|---|---|

Street Address                                    City, State and ZIP Code
**c/o Jessica Dunlap**
**315 Smith Road, Antrim, NH 03440**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>**Peterborough Retirement Community at Upland Farm, Inc. d/b/a Rivermead** | No. Employees, Members<br>**201-500** | Phone No. (Include Area Code)<br>**603-924-0062** |
|---|---|---|

Street Address                                    City, State and ZIP Code
**150 Rivermead Road, Peterborough, NH 03458**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address                                    City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE     [ ] COLOR     [ ] SEX     [ ] RELIGION     [ ] NATIONAL ORIGIN
[X] RETALIATION     [X] AGE     [ ] DISABILITY     [ ] GENETIC INFORMATION
[X] OTHER (Specify) **RSA 354-A**

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10/04/2021     Latest: 10/30/2021
[ ] CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

1. This amendment pursuant to NH Admin. R. PART Hum 202.05 (a)(1), cures a technical defect or omission in the original charge.
2. The name of the Respondent is "Peterborough Retirement Community at Upland Farm, Inc. d/b/a Rivermead" and not "Peterborough Retirement Community at Upland Farm, d/b/a Rivermead" as originally stated.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

4-18-23       /s/ Stephanie Ethier
Date          Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements
expires May 8, 2024

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
/s/ Stephanie Ethier

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)
April 18, 2023

NICOLE STARK
Notary Public - State of Florida
Commission # GG 981991
My Comm. Expires May 8, 2024
Bonded through National Notary Assn.