STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS                                                                                          SUPERIOR COURT

STEPHANIE ETHIER

v.

PETERBOROUGH RETIREMENT COMMUNITY

AT UPLAND FARM, INC., D/B/A RIVERMEAD

DOCKET NO. 216-2025-CV-00402

### NOTICE OF REMOVAL TO PLAINTIFF

To Stephanie Ethier, Plaintiff:

PLEASE TAKE NOTICE that, pursuant to RSA 354-A:21a, Defendant Peterborough Retirement Community at Upland Farm, Inc., d/b/a Rivermead ("Defendant"), has this day filed in the Clerk's Office of the Superior Court in Hillsborough County, New Hampshire, a Petition of Removal of the above-referenced matter, HRC Case No. EA(R) 0077-22/EEOC No. 16D-2022-00092, as shown by the copy attached.

In accordance with RSA 354-A:21, the New Hampshire Commission for Human Rights will dismiss the Charge of Discrimination without prejudice and proceed no further. If you wish to recover, damages for any alleged wrongful conduct, you must do in so in court.

True Copy Attest

*W. Michael Scanlon*

W. Michael Scanlon
Clerk of Court
May 16, 2025

Respectfully submitted,

Peterborough Retirement Community at Upland Farm, Inc., d/b/a Rivermead

By its attorneys,

*/s/ Tara E. Lynch*
Tara E. Lynch, Esq. (NH Bar No. 268344)
GORDON REES SCULLY MANSUKHANI, LLP
409 Elm Street, Suite 4
Manchester, NH
Tel: (857) 504-2022
tlynch@grsm.com

Dated: April 22, 2025

2

## **CERTIFICATE OF SERVICE**

 I, Tara E. Lynch, hereby certify that on April 22, 2025, a copy of the following document was sent via electronic mail to the following:

Michael Darling
mdarling@nhlawfirm.com

                */s/ Tara E. Lynch*
                Tara E. Lynch